## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER: 20-mj-7112-MAB** |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| **WILLIAM E. JACKSON** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CRIMINAL COMPLAINT

I, Brian Wainscott, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Attempted Enticement of a Minor)

On or about April 29, 2020 to May 6, 2020, the defendant,

### WILLIAM E. JACKSON,

in St. Clair and Williamson Counties, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

## Count 2
## (Travel With Intent to Engage in Illicit Sexual Conduct

On or about May 5, 2020,  in the Southern District of Illinois and the Eastern District

of Missouri, and elsewhere, the defendant,

### WILLIAM E. JACKSON,

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct,

as defined in Title 18  United States Code, Section 2423(f), with another person, in violation

of Title 18, United States Code, Section 2423(b).

I further state that this complaint is based on the following facts:

### INTRODUCTION

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and

have been so employed since 2016.  I am currently assigned to the Springfield, Illinois, Division

of the FBI where, for the past approximate 3 months, I have been assigned to work investigations

related to violent crimes against children.  Prior to this assignment, I was assigned to the Las

Vegas Division of the FBI for approximately 3 years where I conducted gang and narcotics

investigations.  Prior to joining the FBI, I was a police officer in the Village of Mundelein,

Illinois for 14 years. I have received law enforcement training from the FBI Academy at

Quantico, Virginia.  Since becoming a Special Agent, I have worked with experienced Special

Agents who also investigate Child Exploitation offenses.  In the performance of my duties, I

have investigated and assisted in the investigation of matters involving the possession, collection,

production, receipt, and/or transportation of images of child pornography and the solicitation and

extortion of children to produce sexually explicit images of themselves.  I have also investigated

and assisted in the investigation of matters involving individuals using facilities of interstate

2

commerce to knowingly persuade, induce, and entice minors to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several complaints and search warrants and I have conducted interviews of defendants and witnesses. I also have served as an undercover agent in online child pornography cases. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WILLIAM E. JACKSON committed violations of Title 18, United States Code, Section 2422(b); 2252(a)(2) and (b) and 2423(b).

### STATUTORY AND LEGAL AUTHORITY

4.      This investigation concerns violations of Title 18, United States Code, Section 2422(b), relating to the enticement or the attempted enticement of minors to engage in prostitution or any sexual activity for which any person can be charged. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

a.      18 U.S.C. 2422(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

b.      18 U.S.C. 2423(b) prohibits travel in interstate commerce to engage in illicit sexual conduct.

c.      The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

5.      On approximately April 16, 2020, an FBI Undercover Employee ("UCE") was conducting an undercover investigation on an online service hosting discussion forums and advertisements, among other things.  UCE posted an advertisement referencing incest.

6.      On April 29, 2020, an individual who was later identified as WILLIAM E. JACKSON (hereinafter referred to as "JACKSON") initiated a conversation with UCE via email.  The JACKSON's email profile displayed the name "7c19." The JACKSON initiated contact with the UCE by saying "Good morning and how are you …. Yes I think its hot." The UCE responded via email by saying "Awesome what are you into?" The JACKSON and UCE continued the following email conversation:

Jackson: mom son … dad daughter.. family all play together.. dad son.. boy aunt .. boy mom… daughter mom .. brother sister

UCE: Love it, you active now?

Jackson: was with my son and daughter before they moved with there mom

UCE: How old, I have a active 10 yo.

Jackson: that's so hot…you're a boy or girl…. Mine are 6 and 8

4

Jackson: How often do you play with them..so hot.. its hard to find other people that are into this and actually admit to ti…. I have had a lot that are judgmental or what not about me because of it

UCE: Girl, you ever share them?

Jackson: havnt yet…. But have thought about it..having like a little 4 sum or something..they both love sucking and taking in the ass.. he likes his little cock sucked…I thought about tieing her up and me and the boy use her…she suck him while im in her ass.. what all do you and haer do and have shared before

UCE: We do everything but anal. She loves to be licked and taste so good!!! She can suck for a bit but gets tired of it. Loves to ride. Ive shared a few times. I love watching, im getting hard just thinking about it

Jackson: oh im hard thinking about it too… oh yes can def agree taste so good….i know my daughter is… she has swallowed a few times and once on her face.. I can imagine so hot watching your daugjter play.. def would love to watch her play sometime..min hasn't rode yet.. but thinking about your daughter riding me and watching her ride you would be amazeing to see

UCE: I'm ok sharing mine first or you want to try group play? Wanna text? So much easier.

Jackson: group play or shareing would be fun.. but would only be with your daughter though.. since mine not living with me would make it hard for them to play.. are you ok with that…if not totally understand.. can possibly txt in a few..would def be easier though..hope you understand why hesitant just because fear of getting caught on law enforcement of underage stuff we talk about..definately don't wanna get in trouble or goto jail..would love to see pics of your daughter but don't have to send them if your not comphy doing it..i just wouldn't have any to send back

UCE: I woukd lose my daughter, Im not fucking around I'm serious. I can share if your cool.

5

Jackson: awesome and yes im cool

UCE: **PICTURE SENT OF A PURPORTED FULLY CLOTHED CHILD. THE**

**PURPORTED CHILD WAS NOT REAL.**

Jackson: damn she so sexy

UCE:Thanks

Jackson: yw and if I had any to send I definitely would..would love to play with her..she could

play with us both

UCE: Maybe, id prefer to make it about her and see how you treat her before I consider joining

Jackson: that would be totally fine with me

UCE: Where are you from? When you thinkin

Jackson: from Missouri and this weekend would  be good if that works for you

UCE and Jackson continue general conversation

   UCE and JACKSON transitioned the conversation from email to text messages. UCE

texted the JACKSON at phone number 314-666-3890, which was provided to UCE by the

JACKSON. The following are relevant sections from the conversation that occurred through text

messages:

Apr 29, 2020, 5:14:15 PM : JACKSON: so what do you usually have her sleep in when she goes to bed
Apr 29, 2020, 5:14:59 PM : JACKSON: oh if i talk to much about it please let me know ... i know
sometimes i do and appologize ahead of time
Apr 29, 2020, 5:15:10 PM : UCE: Whatever she wants, typically sweats and a shirt
Apr 29, 2020, 5:15:28 PM : JACKSON: ah ok
Apr 29, 2020, 5:15:48 PM : UCE: Ok I'm not a fan of texting all day so excuse my breaks.
Apr 29, 2020, 5:16:22 PM : JACKSON: ok no worries
Apr 29, 2020, 5:16:52 PM : JACKSON: im just a big txtier person .... but all good
Apr 29, 2020, 5:29:32 PM : JACKSON: when the day comes and get to play .... where we gonna do it at
Apr 29, 2020, 5:30:35 PM : UCE: I prefer my house if your ok with that.
Apr 29, 2020, 5:31:25 PM : JACKSON: im good with that
Apr 29, 2020, 5:32:36 PM : JACKSON: im suprised your not worried she would say anything to anyone
about doing stuff like this
Apr 29, 2020, 5:37:31 PM : UCE: We have had many talks about our playtime, trust me
Apr 29, 2020, 5:43:29 PM : JACKSON: hopefully good talks that she wouldnt ever say anything even
when she gets older
Apr 29, 2020, 5:44:44 PM : UCE: Yes exactly

6

Apr 29, 2020, 5:45:17 PM : JACKSON: ok good
Apr 29, 2020, 5:46:28 PM : JACKSON: hopefully your ok with still doing this even though my kids wouldnt ever beable to play at all .... if your not i totally understand if you change your mind
Apr 29, 2020, 5:47:24 PM : UCE: As long as you treat her good and ok with me watching a jerking off, yeah
Apr 29, 2020, 5:53:31 PM : JACKSON: ill treat her really good i promise
Apr 29, 2020, 5:54:02 PM : JACKSON: and yes im good with you watching and jacking it .... kinda like that
Apr 29, 2020, 5:56:23 PM : UCE: She loves gummi bears. That would make her happy if you brought some.
Apr 29, 2020, 6:00:44 PM : JACKSON: ill do that
Apr 29, 2020, 6:03:53 PM : UCE: 👍
Apr 29, 2020, 6:03:54 PM : : Error: this message was not successfully delivered.
Apr 29, 2020, 6:04:30 PM : JACKSON: how many times have you shared
Apr 29, 2020, 6:05:04 PM : UCE: Not many just a few
Apr 29, 2020, 6:05:37 PM : JACKSON: ok
Apr 29, 2020, 6:06:21 PM : UCE: Whats your favorite position for her?
Apr 29, 2020, 6:07:32 PM : JACKSON: doggie is fav .... on top would be 2nd
Apr 29, 2020, 6:09:54 PM : UCE: Riding is easiest but doggie is possible if you take it slow. I'll have lube..lol
Apr 29, 2020, 6:10:40 PM : JACKSON: riding is good with me too .... if do doggie can def use lube lol
Apr 29, 2020, 6:11:03 PM : JACKSON: whats the biggest she has had
Apr 29, 2020, 6:20:26 PM : UCE: I dont measure but seemed average. How big are you?
Apr 29, 2020, 6:22:05 PM : JACKSON: 7 roughly
Apr 29, 2020, 6:23:03 PM : UCE: Just take it slow with lube and will be ok
Apr 29, 2020, 6:26:07 PM : JACKSON: defintely will
Apr 29, 2020, 6:46:12 PM : JACKSON: how old when the first time
Apr 29, 2020, 6:49:37 PM : UCE: 9
Apr 29, 2020, 6:51:24 PM : JACKSON: awesome
Apr 29, 2020, 6:51:31 PM : JACKSON: so hot
Apr 29, 2020, 6:51:47 PM : UCE: Yes it is
Apr 29, 2020, 6:52:17 PM : JACKSON: do you cum inside her or pull out
Apr 29, 2020, 6:52:45 PM : UCE: No fun in puling out
Apr 29, 2020, 6:52:59 PM : JACKSON: true
Apr 29, 2020, 6:54:24 PM : JACKSON: so if you had 2 on her .... would you have cum in her mouth or have both cum in her pussy
Apr 29, 2020, 6:54:59 PM : JACKSON: meening if you had her with 2 guys at same time
Apr 29, 2020, 6:56:32 PM : UCE: Never tried not sure. Id have to ask her how she would feel about that.
Apr 29, 2020, 6:57:25 PM : JACKSON: ah ok
Apr 29, 2020, 6:57:51 PM : JACKSON: has she ever had cum in her mouth yet from sucking
Apr 29, 2020, 7:12:48 PM : UCE: Couple squirts but not a full load
Apr 29, 2020, 7:13:04 PM : JACKSON: did she like it
Apr 29, 2020, 7:14:44 PM : UCE: She was ok with it
Apr 29, 2020, 7:14:51 PM : UCE: I wouldnt say like
Apr 29, 2020, 7:15:01 PM : JACKSON: ah ok
Apr 29, 2020, 7:15:55 PM : JACKSON: would love to see another pic of her but totally understand why you wouldnt send one

The texting conversation between the UC and JACKSON continued throughtout the evening of April 29th until approximately 10:00 PM about random, unrelated topics. It was resumed by JACKSON on the morning of April 30, 2020. There are about 20 texts

exchanged that day about topics such as JACKSON's work and daily schedule. The

following exchange took place on May 1, 2020.

May 1, 2020, 10:01:47 AM : JACKSON: what would you say if I said you could put your cock in my mouth and fuck my mouth
May 1, 2020, 10:49:27 AM : UCE: This needs to be for her then I'll see, ok?
May 1, 2020, 11:55:21 AM : JACKSON: oh im totally good with it being for her
May 1, 2020, 11:57:48 AM : JACKSON: trust me im all excited about being with her
May 1, 2020, 12:52:44 PM : UCE: I appreciate that
May 1, 2020, 1:03:05 PM : JACKSON: no worries
May 1, 2020, 1:03:53 PM : JACKSON: when you think beable to get together
May 1, 2020, 1:04:03 PM : JACKSON: so can play with her
May 1, 2020, 1:04:54 PM : UCE: Gotta finish this job but how's early week look for you?
May 1, 2020, 1:22:05 PM : JACKSON: has to be after 5pm during week
May 1, 2020, 1:27:21 PM : UCE: No big deal. Theres a chance I'm done Sunday. How's weekend look
May 1, 2020, 1:52:02 PM : JACKSON: this weekend would be good
May 1, 2020, 2:18:42 PM : JACKSON: I know you said you're dead serious about this but can you do me a favor can you send me a picture of your cock... It would just make me feel better on my end and wouldn't be so nervous
May 1, 2020, 2:19:48 PM : JACKSON: and I would send one of me in return if you want it
May 1, 2020, 3:00:30 PM : UCE: **PICTURE SENT OF A PURPORTED PENIS. THE PURPORTED PENIS WAS NOT REAL.**
May 1, 2020, 3:18:03 PM : JACKSON: nice
May 1, 2020, 3:18:38 PM : JACKSON: **PICTURE SEND OF A WHITE MALE'S ERECT PENIS.**
May 1, 2020, 3:19:03 PM : UCE: 👌
May 1, 2020, 3:19:04 PM : : Error: this message was not successfully delivered.
May 1, 2020, 4:45:27 PM : JACKSON: is that a pair of her underwear your wrapped in
May 1, 2020, 4:51:44 PM : UCE: Yep
May 1, 2020, 5:02:11 PM : JACKSON: very nice ... defintely hot
May 1, 2020, 5:02:33 PM : UCE: Yes!
May 1, 2020, 5:09:04 PM : JACKSON: ☺
May 1, 2020, 1:16:34 PM : UCE: Crushing it today might actual have some freetime tomorrow.
May 2, 2020, 1:35:56 PM : JACKSON: awesome ☺
May 2, 2020, 1:52:22 PM : UCE: Tomorrow good for you?
May 2, 2020, 1:53:01 PM : JACKSON: yes
May 2, 2020, 2:13:37 PM : UCE: Cool I'll let you know later
May 2, 2020, 2:14:26 PM : JACKSON: ok sounds good
May 2, 2020, 2:15:06 PM : JACKSON: what did she say when you told her about playing
May 2, 2020, 2:17:48 PM : UCE: I tell her the day before. So I'll let you know tonight hopefully
May 2, 2020, 2:24:33 PM : JACKSON: okie dokie
May 2, 2020, 5:37:29 PM : UCE: What time is good tomorrow think we'll be good
May 2, 2020, 5:52:19 PM : JACKSON: anytime tomorrow is fine
May 2, 2020, 5:53:10 PM : UCE: Cool, think i told you she loves gummi bears be a great start
May 2, 2020, 5:55:37 PM : JACKSON: yes ..... ill make sure i have some
May 2, 2020, 6:16:14 PM : UCE: Perfect. I'm thinking around noon ish should work for us.
May 2, 2020, 6:18:42 PM : JACKSON: That will work
May 2, 2020, 6:19:52 PM : UCE: Cool I'll give my address in the morning when I know your for sure coming.
May 2, 2020, 7:16:20 PM : UCE: Shes good for tomorrow. Also liked the picture...lol
May 2, 2020, 7:19:23 PM : JACKSON: ok that will work
May 2, 2020, 7:19:32 PM : JACKSON: nice lol

On May 3, 2020, the following exchange took place between UCE and

JACKSON about meeting up for the purpose of JACKSON engaging in sexual activity

with UCE's fictional daughter. This is not the entire exchange but rather relevant

portions.

May 3, 2020, 8:17:57 AM : UCE: Morning. Dont be nervous she doesnt bite...lol it will be a great time.
May 3, 2020, 8:38:21 AM : JACKSON: morning and defintely would be a great time ..... but also me being nervous is about being caught .... seen to may where a person meets
up thinking stuff gonna happen and gets raided by cops ... i have not ever met anyone online and done this so im very cautious thats all .... hope you understand .... i just dont wanna goto jail or anything
May 3, 2020, 8:40:12 AM : UCE: I totally understand. I could lose my daughter over this. We can chat outside if you want?
May 3, 2020, 8:48:54 AM : UCE: I get it but this is real no set up ive told you way more than I'm comfortable with cause I thought we were cool, if you dont want to come over just tell me.
May 3, 2020, 8:49:33 AM : JACKSON: definitely dont want you to lose your daughter ..... trust me i would never say anything about things that happened ... its rare that that i come across doing this and there a possibility of it happening
May 3, 2020, 8:51:13 AM : UCE: Appreciate it, but I feel good about this. Are you coming today or not?
May 3, 2020, 8:54:26 AM : JACKSON: i defintely want to ..... just have to build the nerve thats all
May 3, 2020, 8:56:53 AM : UCE: I get it bro, I can get some work done if your gonna blow us off. Id rather play together, your call?
May 3, 2020, 9:06:16 AM : JACKSON: go ahead and take care of the work you have to get done
May 3, 2020, 9:10:10 AM : UCE: Call me
May 3, 2020, 9:21:24 AM : JACKSON: sorry bud was in the bathroom .... give me a few i may change my mind .... i really wanna play .... just have to get passed the nervousness
May 3, 2020, 9:23:04 AM : UCE: Perfect im horny
May 3, 2020, 9:25:57 AM : JACKSON: oh i am too alot
May 3, 2020, 9:27:14 AM : UCE: 12 ish still good for you?
May 3, 2020, 9:27:43 AM : JACKSON: so when you mentioned .... id rather play together ... was that in reference to me and you or me you and her or me and her
May 3, 2020, 9:28:33 AM : UCE: If you good to her I might join.....
May 3, 2020, 9:34:31 AM : JACKSON: so how would we do all this when i got there
May 3, 2020, 9:38:07 AM : UCE: She Will probably ask you to play with her toys or a game. She will probably get naked adn show you her. Then you know your good
May 3, 2020, 9:44:46 AM : JACKSON: ah ok .... was just wondering
May 3, 2020, 9:55:59 AM : JACKSON: so with a probably theres a chance that she may not or anything
May 3, 2020, 9:58:13 AM : UCE: She said she wants to, you just gotta show your a nice guy. That's why I mentioned gummy bears
May 3, 2020, 10:05:01 AM : JACKSON: ah ok
May 3, 2020, 10:16:02 AM : JACKSON: would you be willing to send one more pic of her .. i know you prob wouldnt want to and i totally understand ..... that prob would help to get over the nervous thing ..... then i would feel more comfortable and come over ..... if not i totally understand
May 3, 2020, 10:23:51 AM : UCE: **PICTURE SENT OF A PURPORTED FULLY CLOTHED CHILD. THE PURPORTED CHILD WAS NOT REAL.**
May 3, 2020, 10:27:52 AM : JACKSON: so hot
May 3, 2020, 10:28:45 AM : UCE: Yep, you can take pics when your here just don't share
May 3, 2020, 10:28:58 AM : JACKSON: i would never share

May 3, 2020, 2:07:06 PM : JACKSON: have a question .... if we did this .... what im worried about is her saying something to someone down the road as she got older .... how can i know she wont say anything to anyone

May 3, 2020, 2:10:17 PM : UCE: I'm sure she wont say anything but I dont know your real name and unless we become good friends I probably wont that. Your safe

May 3, 2020, 2:16:03 PM : JACKSON: you dont have to give your addy yet but your in fairview heights ill right

May 3, 2020, 2:16:22 PM : JACKSON: that way can gps area and see how far you are from me

May 3, 2020, 2:16:51 PM : UCE: Belleville/ Shiloh border

May 3, 2020, 2:17:53 PM : JACKSON: ah ok .... kinda familiar with belleville a little ... i know where the drive in is

May 3, 2020, 2:18:47 PM : UCE: I'm pretty close to the target and menards

May 3, 2020, 2:24:26 PM : JACKSON: how far is that from the drive in

May 3, 2020, 2:26:15 PM : UCE: Like 15 min

May 3, 2020, 2:29:21 PM : JACKSON: ah ok not to bad ..... i may head that way .... building enough nerve now .... if i do ... ill let you know when i get to the drive in and can go from there

The text messages continue with JACKSON stating that he is trying to build the

nerve up to travel to Belleville to meet up with UCE. JACKSON finally states that he will

travel to the drive-in theater in Belleville to meet up with UCE.


May 3, 2020, 7:04:34 PM : JACKSON: when I get over in the general area I will send you a picture so you know then I'm actually there

May 3, 2020, 7:05:35 PM : UCE: Sounds good

May 3, 2020, 7:08:26 PM : JACKSON: Headed that way now

May 3, 2020, 7:09:00 PM : JACKSON: so since you got all showered up as well are you wanting to put your cock in my mouth

May 3, 2020, 7:10:14 PM : UCE: Depends how you treat her maybe

May 3, 2020, 7:15:24 PM : JACKSON: so what do you mean you keep saying that do you think I'm gonna treat her bad or something

May 3, 2020, 7:15:36 PM : JACKSON: In what ways would I treat her bad

May 3, 2020, 7:16:17 PM : UCE: No I dont think you will just want the focus on her thats all.

May 3, 2020, 7:29:15 PM : JACKSON: ok

May 3, 2020, 7:39:33 PM : JACKSON: so she had cock in her pussy or ass

May 3, 2020, 7:40:09 PM : UCE: Just pussy no anal

May 3, 2020, 7:43:09 PM : JACKSON: OK that's what I thought just wanted to be sure

May 3, 2020, 7:50:31 PM : UCE: Got that pic of driving?

May 3, 2020, 7:56:42 PM : UCE: ?

May 3, 2020, 7:57:34 PM : JACKSON: Notost there

May 3, 2020, 7:57:59 PM : UCE: Ok

May 3, 2020, 7:58:12 PM : JACKSON: Not yet almost there is what it was supposed to say

May 3, 2020, 7:58:47 PM : UCE: Ok

May 3, 2020, 8:08:07 PM : JACKSON: Well at the place and already more freaked out than i definitely am now at the location I'm at I took the picture which I will send you so I can you know I was here there are two cops and police transport in a parking lot waiting for something close to where you are ..... gonna head back home

May 3, 2020, 8:08:30 PM : JACKSON: **PICTURE SENT OF POLICE OFFICERS AND VEHICLES NEAR THE INTERSECTION OF FRANK SCOTT PKWY AT N BELT W.**

May 3, 2020, 8:08:32 PM : JACKSON: **PICTURE SENT OF SCHNUCKS AND SKYVIEW DRIVE-IN.**

10

JACKSON was enroute to meet UCE and his 10 year old daughter at a residence in Belleville, Illinois where FBI surveillance was set up. JACKSON arrived at the Skyview Drive-In where he was to meet with the UCE before proceeding to the residence. JACKSON observed police officers in a nearby parking lot and got scare. He took a photo of the officers and sent it to UCE. FBI surveillance responded to the Skyview Drive-In shortly after JACKSON stated he left and observed the same police officers as depicted in the picture sent to UCE.

May 3, 2020, 8:10:20 PM : UCE: What do3s that have to do with anything? I dint live there
May 3, 2020, 8:13:28 PM : JACKSON: you said that is about 15 minutes from you ...
how do I know he're not staked out there waiting for me to get to your house
May 3, 2020, 8:13:53 PM : JACKSON: I bet the nerve to come over here and then I see that I'm going home
May 3, 2020, 8:15:24 PM : UCE: I'm confused. I am waiting for you to come here.
May 3, 2020, 8:16:30 PM : UCE: Do you want to meet qnd chat?
May 3, 2020, 8:20:22 PM : UCE: I'm really irritated that your fucking with me
May 3, 2020, 8:20:55 PM : JACKSON: basically when I seen that instantly a sting operation entered my head and they were waiting for me to get to your house so they could arrest me we're coming there to play
May 3, 2020, 8:21:08 PM : JACKSON: no I'm too freaked out right now to meet and talk I'm already headed back home
May 3, 2020, 8:23:50 PM : UCE: Don't waste my time anymore. I was the one taking all the risk
May 3, 2020, 8:25:34 PM : JACKSON: I see all that cop stuff and you say I'm wasting your time don't worry I won't message you again take care
May 3, 2020, 8:28:11 PM : UCE: I don't know what that cop shit has to Do with me.......welll good luck trying to work up the courage with aomeone else
May 3, 2020, 8:30:14 PM : JACKSON: I just drove 45 minutes over there and seen that... How do I know that you didn't set that up for when I got there ... also won't be trying to do this with anybody else
May 3, 2020, 9:09:35 PM : JACKSON: if you still wanna try this another day id give it another chance sorry i freaked out ..... but would wanna meet somewhere public and chat first .... up to you let me know
May 3, 2020, 9:16:37 PM : UCE: Yeah. I think it would be best if we met first just to make sure everything is good.......im not gonna lie I'm a little freaked out now to. I just want to make sure your not trying to get me in trouble
May 3, 2020, 9:18:55 PM : JACKSON: i feel the same way .... guess were both in that same boat
May 3, 2020, 9:19:15 PM : JACKSON: so we can figure out a day and we can meet somewhere
May 3, 2020, 9:19:24 PM : JACKSON: publicly
May 3, 2020, 9:20:46 PM : JACKSON: if i didnt have to be up at 430am would say tonight
May 3, 2020, 9:22:21 PM : UCE: Ok. You work all week right
May 3, 2020, 9:24:35 PM : JACKSON: yes till 430 mon - thurs ... sometimes fridays but hours very becouse its overtime
May 3, 2020, 9:25:26 PM : JACKSON: wish i could have seen her in that leotard but i messed up now
May 3, 2020, 9:36:54 PM : JACKSON: if you wanted to meet tonight we could but couldnt come all the way over there would have to meet in the middle or something
May 3, 2020, 9:46:09 PM : JACKSON: guess you went to bed or i lost ya ..... guess let me know what works for you
May 3, 2020, 9:47:28 PM : UCE: Yes you did. I can try sometime this week. Were going to bed

May 3, 2020, 9:48:01 PM : JACKSON: ok

On May 4 and 5, 2020, UCE and JACKSON continue to converse via text message. Their

discussion mainly concern finding another day to meet up and what they are doing in the course of the

day.On May 6, 2020, UCE and JACKSON arrange for another meeting that ultimately leads to

JACKSON's arrest.0

May 6, 2020, 10:42:11 AM : UCE: Is today good to meet?
May 6, 2020, 12:17:30 PM : JACKSON: today would be good
May 6, 2020, 1:07:38 PM : JACKSON: what time would be good for you
May 6, 2020, 1:13:48 PM : UCE: Earlier the better im running around doing quotes
May 6, 2020, 1:37:46 PM : JACKSON: i Can meet whenever I'm off work... Can meet for a few because I
have some stuff I have to take care of after that as well
May 6, 2020, 1:47:28 PM : UCE: What's close to you in illinois
May 6, 2020, 1:55:31 PM : JACKSON: right now I'm close to South Lindbergh in south county by the JB
bridge
May 6, 2020, 1:56:12 PM : JACKSON: only thing that's really close to me that's an Illinois is that car
dealership... The Chevy dealership I think is Don Brown or something like that
May 6, 2020, 2:02:04 PM : UCE: By the sports bar over there?
May 6, 2020, 2:08:15 PM : JACKSON: not sure where thats at .... not to familiar with illinois .... just been
to the drive in and belleville kinda and collinsville
May 6, 2020, 2:09:31 PM : UCE: What time?
May 6, 2020, 2:12:29 PM : JACKSON: anytime is fine ... but where am i coming to
May 6, 2020, 2:14:14 PM : UCE: Thought you were working
May 6, 2020, 2:15:01 PM : JACKSON: family stuff came up but its takein care of now and wasnt going
back to work
May 6, 2020, 2:24:29 PM : UCE: Can head there now. Im free for a bit.
May 6, 2020, 2:24:46 PM : JACKSON: head to where though
May 6, 2020, 2:25:01 PM : JACKSON: south county
May 6, 2020, 2:25:35 PM : UCE: I'm not sure the name of thr bar but there or dealership
May 6, 2020, 2:26:23 PM : JACKSON: how far are you from south county mall
May 6, 2020, 2:26:36 PM : JACKSON: off south lindburg
May 6, 2020, 2:27:32 PM : UCE: I'm not close, I'm ib fairview
May 6, 2020, 2:29:12 PM : JACKSON: i can meet by the schnucks next to the drive in ... if you wanted ....
thats the only place im familiar with ..... but couldnt stay but a couple mins
May 6, 2020, 2:29:38 PM : UCE: Thats fine if we can meet soon
May 6, 2020, 2:29:51 PM : JACKSON: im 35 mins away though
May 6, 2020, 2:30:13 PM : JACKSON: or can do friday if works better
May 6, 2020, 2:30:42 PM : UCE: That's fine cant do Friday
May 6, 2020, 2:31:29 PM : JACKSON: ok ill head that way ..... just so you know im extremely nervous
May 6, 2020, 2:41:53 PM : UCE: Ok and why
May 6, 2020, 2:42:20 PM : JACKSON: always am when I meet somebody for the first time face-to-face
May 6, 2020, 2:45:21 PM : UCE: We could ofbeen past this already
May 6, 2020, 2:45:52 PM : UCE: You got those bears to smooth it over with her
May 6, 2020, 2:48:35 PM : JACKSON: I didn't bring them with me no they're at the house
May 6, 2020, 2:48:50 PM : JACKSON: I thought I was just meeting you I didn't know she was going to be
with you
May 6, 2020, 2:50:10 PM : UCE: No big deal, it is just me
May 6, 2020, 2:50:34 PM : UCE: I told her you were bringing some so thought id ask
May 6, 2020, 2:51:04 PM : JACKSON: if Schnucks has some I can go in and get some
May 6, 2020, 2:51:21 PM : UCE: Ok

May 6, 2020, 2:52:02 PM : JACKSON: why does it feel like you have this hate or resentment towards me right now
May 6, 2020, 2:53:28 PM : UCE: Not at all just driving
May 6, 2020, 2:53:54 PM : JACKSON: OK just wanted to be sure
May 6, 2020, 2:54:42 PM : UCE: All good man
May 6, 2020, 2:57:14 PM : JACKSON: kk
May 6, 2020, 3:02:53 PM : JACKSON: i cant go in schnucks i dont have a mask
May 6, 2020, 3:02:58 PM : JACKSON: but im here though
May 6, 2020, 3:03:59 PM : UCE: Ok I'm a few min away what r u in and where
May 6, 2020, 3:04:25 PM : JACKSON: drive in side and white truck by road
May 6, 2020, 3:04:31 PM : JACKSON: what you drive
May 6, 2020, 3:06:23 PM : UCE: Grey Jeep Cherokee
May 6, 2020, 3:07:05 PM : JACKSON: ok
May 6, 2020, 3:07:43 PM : JACKSON: mine the one with the temp tag .... i dont have plates yet

7.    The affiant along with members from the FBI conducted surveillance in the

vicinity of Schnucks: 5720 N. Belt W, Belleville, Illinois. JACKSON notified UCE that he was

sitting in a truck parked in the parking lot of Schnucks. Surveillance observed a white Ram pick

up truck parked in the location JACKSON indicated he was parked in. JACKSON was

approached by agents, and the JACKSON was asked to consent to an interview, to which he

agreed.

8.    JACKSON was interviewed in a FBI vehicle. JACKSON sat in the front

passenger seat and was not restrained. Prior to being asked any questions, JACKSON was read

his constitutional advice of rights, to which he acknowledged he understood those rights.

JACKSON acknowledged he met a man on a online hook up advertisement. JACKSON

admitted that he traveled from his residence in Pevely, Missouri to meet the man and talk about

his 10 year old daughter. JACKSON said young girls from ages 8 and up excited him and gave

him sexual gratification.  JACKSON said he communicated with the man using his cellphone

but deleted most of the communications. JACKSON still had the last couple days of text

messages on his phone, which were communicated through TextNow app. JACKSON said he

sent all the communications to the man and was the only person who had access to his

cellphone. JACKSON confirmed his TextNow number which was the number texting with UCE.

9.     JACKSON consented to the affiant seizing and searching his cellular telephone. The JACKSON's cellular telephone is a red Apple Iphone 11 bearing IMEI: 353237106958441.

10.     During the search of JACKSON'S phone, affiant located photos that depicted a naked man, believed to be JACKSON, placing his penis on the face and the buttocks of a sleeping female who appears to be eight to nine years old. The investigation into the identity of the minor female is ongoing but she is believed to be a relative of someone known to JACKSON.

<h3 style="text-align:center;">CONCLUSION</h3>

11.     Based on the foregoing, I submit that there is probable cause to believe that between April 29, 2020 and May 6, 2020, WILLIAM E. JACKSON committed the offenses set forth in Counts 1-2 of this Complaint.

Brian Wainscott, Special Agent
Federal Bureau of Investigation

14

Subscribed and sworn to before me this

____8TH____ day of May, 2020, at East St. Louis, Illinois.


_____
MARK A. BEATTY
United States Magistrate Judge


STEVEN D. WEINHOEFT
United States Attorney

_____
CHRISTOPHER HOELL
Assistant United States Attorney